**Fill in this information to identify the case:**

Debtor name ___MPAC Home Improvement Construction, LLC___

United States Bankruptcy Court for the:_____ District of __MA__
(State)

Case number (if known): ___19-4194___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................... *875,000 est*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................... $ ___111,000___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................... $ ___111,000___

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ ___1,191,183.92___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of *Schedule E/F* ...................................................................... $ ___32,000___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................... + $ ___100,966.63___

4. **Total liabilities** ...............................................................................................................................................
   Lines 2 + 3a + 3b    $ ___1,324,150.55___

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name ___MPAC Home Improvement Construction, LLC___

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): ___19-4194___

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Bank of America | checking | 0 7 0 6 | $  -29.95 |
| 3.2. Bank of America | savings | 8 0 6 2 | $  15.82 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 0.00

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____     $_____
   7.2. _____     $_____

Debtor   MPAC Home Improvement Construction, LLC                            Case number (if known)____19-4194____
                   Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = .......→   $_____
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ – _____ = .......→   $_____
                             face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____

---

| Debtor | MPAC Home Improvement Construction, LLC | Case number (if known) | 19-4194 |
|---|---|---|---|
| | Name | | |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    MPAC Home Improvement Construction, LLC
_____
Name

Case number *(if known)* ___19-4194___

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| conference table, desks, chairs | $_____ | _____ | $ 2,000 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computers, printers | $_____ | _____ | $ 5,000 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 7,000

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    MPAC Home Improvement Construction, LLC                                    Case number *(if known)*    19-4194
_____Name_____

---

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2015 Chevy Silverado   VIN: 1GCUKPEC3F2440715 | $   22,000 (est) | | $   22,000 |
| 47.2  2000 Chevy GMT400   VIN: 1GCHK34ROYN61933 | $   1,000 (est) | | $   1,000 |
| 47.3  Chevy Express Van   VIN 1GB3G4CG6F1286646 | $   22,000 (est) | | $   22,000 |
| 47.4  RAM Promas   VIN: 3C6TRVDG2JE109244<br>SEE ATTACHED | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Misc tools | $ | | $   1, 000 |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 104,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Debtor | MPAC Home Improvement Construction, LLC | Case number (if known) | 19-4194 |
|--------|------------------------------------------|--------------------------|---------|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 631 Boston Post Road | own | $ 875,000 (est) | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor    MPAC Home Improvement Construction, LLC      Case number (if known)   19-4194

Name

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____ _____ – _____ = ➡ $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $_____
_____      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    MPAC Home Improvement Construction, LLC    Case number (if known)    19-4194
Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 70,000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 104,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............... 91a. | $ 111,000 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ..................................................... $ 111,000.00

# SCHEDULE A/B

**#47 – Additional Information**

| | | |
|---|---|---|
| 2007 Chevy Express Box | Vin: IGBJG31U471120847 | Estimated Value  - $3,000 |
| 2017 GMC Sierra | Vin: 3GTUZPEJ6HG4S3507 | Estimated Value - $45,000 |
| 2010 Chevy Express Box | Vin: 1GCUGADXA1172049 | Estimated Value  - $10,000 |

**Fill in this information to identify the case:**

Debtor name __MPAC Home Improvement Construction, LLC__

United States Bankruptcy Court for the: _____ District of __MA__
(State)

Case number (If known): __19-4194__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
Main Street Bank

**Creditor's mailing address**

81 Granger Blvd
Marlborough Ma 01752

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
631 Boston Post Road          $ 170,000          $ 875,000 estimated
Sudbury, Massachusetts

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
Sanjiu & Manpeet Nehra

**Creditor's mailing address**
c/o Kenney & Sams
144 Turnpike Rd, Southborough, MA 01772

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
631 Boston Post Road          $ 616,502.64 (disputed)          $ 875,000
Sudbury, Massachusetts

**Describe the lien**
Judicial Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,191,183.92 _____

Debtor    MPAC Home Improvement Construction, LLC _____    Case number (if known) 19-4194
          Name

| **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__** **Creditor's name**

James LaPlante & Deborah Race

**Creditor's mailing address**

c/o Gregg, Hunt, Ahern & Embry
1 Cranberry Hill #304,

Lexington, MA 02421

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

631 Boston Post Road

Sudbury, Massachusetts

_____

**Describe the lien**
Judicial Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ __331,359 (disputed)    $ _$875,000 (estimated)

---

**2.__** **Creditor's name**

Citizens One - Consumer Loan Servicing

**Creditor's mailing address**

P.O. Box 42033

Providence, RI
02940

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ford F150

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __12,886.61    $ _____

---

Debtor _____   Case number (if known) _____
         Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._**  **Creditor's name**

   GMC Financial

**Creditor's mailing address**

   P.O. Box 183593
   Arlington, TX 76096

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

   2017 GMC Sierra                  $ 20,541        $ _____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**  **Creditor's name**

   M&T Bank

**Creditor's mailing address**

   PO Box 1900
   Millsboro, DE 19966

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____         $ 39,894.67     $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page ___ of ___

Debtor _____    Case number *(if known)* _____
          Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | MPAC Home Improvement Construction, LLC |
| United States Bankruptcy Court for the: | District of MA _(State)_ |
| Case number _(If known)_ | 19-4194 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Commonwealth of Massachusetts<br>Department of Revenue<br>P.O. Box 7089<br>Boston, MA 02241 | As of the petition filing date, the claim is: $ $7,000.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $7,000.00 | $ |
| Date or dates debt was incurred | Basis for the claim: Sales tax | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-734 | As of the petition filing date, the claim is: $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: Notice | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address<br>Town of Sudbury<br>322 Concord Road<br>Sudbury, Ma 01776 | As of the petition filing date, the claim is: $ 24,000<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,000 | $ |
| Date or dates debt was incurred | Basis for the claim: Real Estate | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor  MPAC Home Improvement Construction, LLC
_____
Name

Case number (if known)  19-4194

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page ___ of ___

Debtor   MPAC Home Improvement Construction, LLC
        Name

Case number (if known)   19-4194

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address
Ally
PO Box 380902
Bloomington MN 55438

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 18,095.79

Date or dates debt was incurred _____
Last 4 digits of account number 5 9 3 2

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express
PO Box 1270
Newark NJ 07101-1270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 32,748.60

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
AT&T
PO Box 536216
Atlanta GA 30353-6216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,697

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Capital One
PO Box 71083
Charlotte NC 28272 1083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 9,127

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Eversource
PO BOX 56007
Boston MA 02205-6007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,500

Date or dates debt was incurred _____
Last 4 digits of account number 1 0 2 6

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Home Depot Credit Services
Dep 32-2183180763
PO Box 9001030, Louisville KY 40290-1030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated       Act: 0763      $10,233.56
☐ Disputed

Basis for the claim: _____

$ 12,933

Date or dates debt was incurred _____
Last 4 digits of account number 8 7 3 0

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____      Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

Michael Valle

298 Clark Street

Rochdale, MA 01542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____3,000.00

Basis for the claim: _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Sanjin Nehra & Manpeet Nehra

11 Amanda Drive

Sudbury, MA 01776

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____see below

Basis for the claim: _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Sanjin Nehra & Manpeet Nehra

c/o Michael P. Sams, Rodney W. Amery

144 Turnpike Road, Southborough, MA 01772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____616,502.64 (disputed)

Basis for the claim: _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Santander Bank, N.A

P.O. Box 16255
Reading, PA 19612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____$75,000.00

Basis for the claim: _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

James LaPlante

41 South Great Road

Lincoln, MA 01773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____331,359 (disputed)

Basis for the claim: _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor MPAC Home Instruciton Construction, LLC
Name

Case number (if known) 14-4194

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.⍰ Nonpriority creditor's name and mailing address**

MINI Warehouse Inc

241 Francis Ave

Mansfield Ma 02048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 170

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  5  5  8  7

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.⍰ Nonpriority creditor's name and mailing address**

Sudbury Lumber Company Inc

28 Union Ave
PO Box 833
Sudbury Ma 01776

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,456.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  2  5  5  0

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.⍰ Nonpriority creditor's name and mailing address**

United Site Services

PO Box 5502

Binghamton NY 13902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  _  _  _  _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.⍰ Nonpriority creditor's name and mailing address**

Valiant Oil

30 Elm St

Waltham, MA 02453

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,505.35

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  _  _  _  _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.⍰ Nonpriority creditor's name and mailing address**

Verizon

PO Box 15124

Albany NY 12212-5124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  6  2  1  6

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____   Case number (if known)_____
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____    Case number (if known)_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 31,000 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 100,966.30 |
| 5c.  **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 131,966.30 |

Fill in this information to identify the case:

Debtor name ___MPAC Home Improvement Construction, LLC___

United States Bankruptcy Court for the:_____ District of __MA__
                                                                                    (State)
Case number (If known): ____19-4194_____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Harbor One Bank |
| | | P.O. Box 720 |
| | | Brockton, MA 02303 |
| | State the term remaining | |
| | List the contract number of any government contract | Act: 4005065660 |

RAM Truck - Lease

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____    Case number (if known)_____
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ | **State what the contract or lease is for and the nature of the debtor's interest** _____ | _____

**State the term remaining** _____

**List the contract number of any government contract** _____

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          page ___ of ___

Fill in this information to identify the case:

Debtor name    MPAC Home Improvement Constructions, LLC

United States Bankruptcy Court for the: _____ District of __MA__
                                                                     (State)
Case number (If known): _____19-4194_____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1  Padraig O'Beirne | 394 Maynard Road<br>Street<br><br>Sudbury, MA 01776<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2  May R. O'Beirne | 394 Maynard Road<br>Street<br><br>Sudbury, MA 01776<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3  _____ | Street<br><br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4  _____ | Street<br><br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5  _____ | Street<br><br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6  _____ | Street<br><br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  MPAC Home Improvement Construction, LLC

_____
Name

Case number *(if known)*  19-4194

---

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | Column 2: Creditor |
|---|---|

**Column 1: Codebtor**

Name    Mailing address

**Column 2: Creditor**

Name    Check all schedules that apply:

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

2.___ _____

Street _____

_____

City    State    ZIP Code

_____

☐ D
☐ E/F
☐ G

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___MPAC Home Improvement Construction, LLC___

United States Bankruptcy Court for the: _____  District of __MA__
(State)

Case number (*If known*): __19-4194___

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* _____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/17/2020__          **X** _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

_____
Printed name   PADRAIG O'BEIRNE

_____
Position or relationship to debtor

---